No. 86–1940.   SHEET METAL WORKERS' INTERNATIONAL ASSN. ET AL. *v.* LYNN.   C. A. 9th Cir.   [Certiorari granted, 485 U. S. 958.]   Motion of respondent to dismiss writ of certiorari as im-

providently granted denied. JUSTICE KENNEDY took no part in the consideration or decision of this motion.